IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02670-MSK-KLM

KINDRA CLEVELAND,

       Plaintiff,

v.

CITY OF BRIGHTON, COLORADO;
CLINT BLACKHURST, in his individual and official capacities;
VALERIE RICE, in her individual and official capacities;
MICHELLE (KANEY) HATHEWAY, in her individual and official capacities;
CHRIS LESH, in his individual and official capacities;
NICHOLAS STRUCK, in his individual and official capacities;
DOUG IMFELD, in his individual and official capacities;
FRANK ACOSTA, in his individual and official capacities; and
CHAD WOOTEN, in his individual and official capaciies,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Individual Defendants With Prejudice (Motion) **(#14)** filed January 15, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims asserted by Plaintiff against the Defendants are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 15th day of January, 2013.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       Chief United States District Judge